IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TODD A. SONDGRASS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00342-RSP |
| § | |
| CRETE CARRIER CORPORATION, § | |
| CRETE CARRIER CORPORATION d/b/a § | |
| SHAFFER TRUCKING, ALEXANDER § | |
| RENE COLLAZO-ORTIZ, AND ANN § | |
| MILLER TOLIVER LEE, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Todd A. Sondgrass and Defendants Crete Carrier Corporation, Crete Carrier Corporation d/b/a Shaffer Trucking, Alexander Rene Collazo-Ortiz and Ann Miller Toliver Lee. (Dkt. No. 35.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 19th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE